THE PEOPLE OF THE STATE OF NEW YORK ex rel. AZZENTO PHILIPPO, Appellant, *v.* THE WARDEN OF THE KINGS COUNTY JAIL, Respondent.

(Submitted March 1, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 18, 1914, dismissing a writ of habeas corpus and remanding the relator to the custody of the defendant.

*John L. Danzilo* for appellant.

*James C. Cropsey, District Attorney* (*Hersey Egginton* and *Harry G. Anderson* of counsel), for respondent.

Order affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.